UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

September 12, 2023

Mr. Darrell L. Moore
J. Ralph Moore PC
P.O. Box 368
Pryor, OK 74362-0000

**RE:**     **23-7031, Johnson v. Sanders, et al**
Dist/Ag docket: 6:19-CV-00269-JFH-JAR

Dear Counsel:

An insufficient number of paper copies of appellees' brief were filed in this case. Seven paper copies of the brief are required; four were received. *See* 10th Cir. R. 31.5. You must file three additional copies within three days of the date of this notice. Failure to do so may result in dismissal of this appeal. *See* 10th Cir. R. 42.1. **Please note that all pending briefing deadlines remain in place.**

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Lamone M. Johnson

CMW/sls